UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KULDEEP SINGH, | No. 1:26-cv-01825-TLN-SCR |
| Petitioner, | A# 246-610-880 |
| v. | |
| WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, et al., | **ORDER** |
| Respondents. | |

Petitioner is a pro se federal immigration detainee who filed this habeas corpus action pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 16, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. (ECF No. 10.) Respondents filed objections to the findings and recommendations, specifically, Respondents objected to: (1) the magistrate judge's finding as to detention authority; and (2) the recommendation Petitioner be immediately released. (ECF No. 11.) The objections largely reasserted Respondents' arguments in opposition to the habeas petition. (*See* ECF No. 8.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

1

Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.    The findings and recommendations (ECF No. 10) are adopted in full.

2.    The Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED.

3.    Petitioner's motion to appoint counsel (ECF No. 3) is DENIED as moot.

4.    Respondents shall immediately release Petitioner Kuldeep Singh (A# 246-610-880) from custody.

5.    Respondents are further directed to file a notice certifying compliance with the above provision by **April 30, 2026**.

6.    Respondents are enjoined from re-detaining Petitioner unless the government provides no less than seven-days' notice to Petitioner and holds a pre-deprivation bond hearing, where the government bears the burden of proof, by clear and convincing evidence, that Petitioner poses a danger to the community or a flight risk, or alternatively, Respondents show material changed circumstances demonstrating a significant likelihood of Petitioner's removal in the reasonably foreseeable future.  At any such hearing, Petitioner shall be allowed to have counsel present.

7.    The Clerk of the Court is directed to serve a copy of this order on the **California City Detention Facility**, enter judgment in Petitioner's favor, and close the case.

IT IS SO ORDERED.

Date: April 27, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2